UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Antonio Kassab

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19    -MJ-2570 ( ) ( )

Defendant __Antonio Kassab__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

__X__  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__  Bail/Detention Hearing

___  Conference Before a Judicial Officer

S/ with verbal consent
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

# Antonio Kassab
Print Defendant's Name

_Jonathan Marvinny_
_____
Defendant's Counsel's Signature

# Jonathan Marvinny
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**07/01/2020**
Date

_Katharine H Parker_
_____
U.S. District Judge/U.S. Magistrate Judge